DAVID WINANS, Respondent, *v.* ABRAHAM Cox et al., Appellants.

(Argued October 25, 1882; decided October 27, 1882.)

*Edward D. James* for appellants.

*John Foley* for respondents.

Agree to affirm.   No opinion.
All concur, except RAPALLO, J., absent.
Judgment affirmed.

---

FLORENCE M. DE MELI, Respondent, *v.* HENRY A. DE MELI, Appellant.

(Argued October 10, 1882; decided October 27, 1882.)

*Herbert B. Turner* for appellant.

*John E. Parsons* for respondent.

MILLER, J., reads for affirmance.   ANDREWS, Ch. J., DANFORTH and TRACY, JJ., concur on the ground that under the statute in question (Code §§ 438, 439, 1763) a *prima facie* case was made to authorize the order for the publication of the summons.   FINCH, J., concurs in result; EARL, J., dissents; RAPALLO, J., absent.

Order affirmed.